IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EDWARD PRINCE CHILDS,                    )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        Civil Action No.  3:21CV133–HEH
                                         )
KELLY GREEN, *et al.*,                   )
                                         )
        Defendants.                      )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42

U.S.C. § 1983 action.  In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff

must allege that a person acting under color of state law deprived him or her of a

constitutional right or of a right conferred by a law of the United States.  *See Dowe v.*

*Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998)

(citing 42 U.S.C. § 1983).  In his current complaint, Plaintiff does not identify the

particular constitutional right that was violated by each defendants' conduct and his

allegations also fail to provide each defendant with fair notice of the facts and legal basis

upon which his or her liability rests.  Accordingly, by Memorandum Order entered on

October 4, 2021, the Court directed Plaintiff to submit a particularized complaint within

fourteen (14) days of the date of entry thereof.  The Court warned Plaintiff that the failure

to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the October 4, 2021 Memorandum Order.   Plaintiff has failed to submit a particularized complaint or otherwise respond to the October 4, 2021 Memorandum Order.   Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

                                                   _____ /s/_____
                                                   Henry E. Hudson
Date: **Nov. 2, 2021**                              Senior United States District Judge
Richmond, Virginia